**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**JERMAINE RAMSEY**                                                  **PETITIONER**

**vs.**                                        **Civil Action No. 4:08-cv-116 HTW-LRA**

**LAWRENCE KELLY, SUPERINTENDENT**
**OF MISSISSIPPI STATE PENITENTIARY**                      **RESPONDENT**


## <u>FINAL JUDGMENT</u>


This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Jermaine Ramsey. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondents' motion to dismiss and dismisses petitioner's Petition for Writ of Habeas Corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.


**SO ORDERED AND ADJUDGED, this the 31st day of August, 2009.**

                              **s/ HENRY T. WINGATE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**